UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                           CHAPTER 13
GERALD E. TITUS
MORIA C. TITUS                                 CASE NO. 10-73456

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     CHASE Home Finance LLC           **Court claim #:** 13

**Last four digits** of any number used to identify the debtor's account: 9930

| *Final Cure Amount* | | |
|---|---|---|
| Amount of Prepetition Arrears | $38,562.23 | (Per Creditor's Proof of Claim) |
| | + 125.00 | (Allowed Cost of Collection Claim) |
| | + 350.00 | (Allowed Cost of Collection Claim) |
| Total | $39,037.23 | |
| Amount Paid by Trustee | $39,037.23 | |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐    Thru the Chapter 13 Plan          ☒     Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   1/19/2016                           /s/Lydia S. Meyer
                                                               Lydia S. Meyer, Trustee
                                                               308 W. State St., Suite 212
                                                               Rockford, IL   61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of January, 2016.

Dated:   1/19/2016                           /s/Cynthia K. Burnard

CHASE HOME FINANCE LLC
% JP MORGAN CHASE BANK NA
3415 VISION DRIVE   OH-7142
COLUMBUS, OH 43219

CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE, KY  40290-1871

CHASE HOME FINANCE LLC
3415 VISION DRIVE
MC:  OH4-7164
COLUMBUS, OH 43219

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

GERALD E. TITUS
MORIA C. TITUS
214 NORTH BRIDGE RD.
DEKALB, IL  60115

WRIGHT & ASSOCIATES, PC
ATTORNEY BRIAN K WRIGHT
437 WEST STATE STREET  SUITE 101
SYCAMORE, IL 60178